AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA
v.
Joseph D'Anna

APPEARANCE

CASE NUMBER: 1:05-M-132 M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph D'Anna

I certify that I am admitted to practice in this court.

11/16/05
*Date*

*Signature*

J Crowell — 1993
*Print Name* — *Bar Number*

127 Dorrance St
*Address*

Prov — RI — 02903
*City* — *State* — *Zip Code*

272-6600 — 272-1503
*Phone Number* — *Fax Number*