AO 83 (Rev. 12/85) Summons in a Criminal Case

RECEIVED
NOV 08 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JOSEPH D'ANNA

## SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 1:05-M-132M

(Name and Address of Defendant)

Please Contact U.S. Probation prior to 11-16-05 752-7300

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND | Courtroom B |
| Before: Magistrate Judge David Martin | Date and Time: 11/16/05 at 11:30 am |

To answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 United States Code, Section(s) 1344, 371

Brief description of offense:

KNOWINGLY AGREEING AND CONSPIRING WITH OTHERS TO DEFRAUD FINANCIAL INSTITUTIONS AND OBTAIN MONEYS, FUNDS AND OTHER PROPERTY OWNED BY AND UNDER THE CUSTODY AND CONTROL OF A FINANCIAL INSTITUTION BY MEANS OF FALSE AND FRAUDULENT PRETENSES, REPRESENTATIONS AND PROMISES

David L. Martin
Signature of Issuing Officer

11-8-05
Date

DAVID L. MARTIN, UNITED STATES MAGISTRATE JUDGE
Name and Title of Issuing Officer

This form was electronically produced by Elite Federal Forms, Inc.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: 11/16/05 Date

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: U.S. Courthouse

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left: ______

[ ] Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11/16/05
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.