UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. David L. Martin |
| | : | |
| v. | : | Criminal No. 1:05-M-132M |
| | : | |
| JOSEPH D'ANNA | : | ORDER |

This matter having been opened to the Court by Robert Clark Corrente, United States Attorney for the District of Rhode Island (Lee H. Vilker, Assistant U.S. Attorney, appearing) and JOSEPH D'ANNA (Judith Crowell, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of ninety (90) days to permit the parties to continue plea negotiations and to finalize a plea agreement, and the defendant being aware that he has the right to have the matter submitted to a grand jury for indictment within thirty (30) days of his arrest on the complaint, pursuant to Title 18 of the United States Code, Section 3161(b), and it appearing that the defendant has waived that right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for a period of ninety (90) days for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to finalize the plea agreement, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 6th day of December, 2005

ORDERED that the proceedings scheduled in the above-captioned matter are continued from December 8, 2005 through March 8, 2006; and

IT IS FURTHER ORDERED that the period from December 8, 2005 through March 8, 2006 shall be excludable in computing time under the Speedy Trial Act of 1974.

David L. Martin
HON. DAVID L. MARTIN 12-6-05
United States Magistrate Judge

Consented to:

Judith Crowell, Esq.
Counsel for Defendant
Joseph D'anna

Lee Vilker
Lee H. Vilker, Assistant U.S. Attorney